David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff,
N.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.D.<br><br>            Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA dba ANTHEM BLUE CROSS and DOES 1-10<br><br>            Defendants. | Case No.    3:24-cv-06222<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM** |

    Based on the Plaintiff's motion and with good cause appearing, the Court GRANTS Plaintiff's motion to proceed under pseudonym.

    IT IS SO ORDERD

Nov. 1, 2024

IT IS SO ORDERED
Donna M. Ryu
Chief Magistrate Judge
Judge Donna M. Ryu

---
[PROPOSED] ORDER GRANTING MOTION             1             CASE NO. 3:24-cv-06222